AUSA STUART/SA Russell

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

v.

WALVANS LECONTE WILLIAM

## WARRANT FOR ARREST

CASE NUMBER: 00-4156-SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Walvans Leconte William__

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense) fleeing to avoid prosecution,

In violation of Title 18, U.S.C. Section 1073.

FILED by _____ D.C.
JUN 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Lurana S. Snow
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

Ft. Lauderdale, Florida
Date and Location

Bail fixed at $ Pretrial Detention Requested

by Lurana S. Snow
United States Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
JUN 2 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

WALVANS LECONTE WILLIAM

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-4156-Snow

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 07, 2000__ in __Broward__ County, in the __Southern__ District of __Florida__ defendant , (Track Statutory Language of Offense) (describe)

did willfully move and travel in interstate commerce to avoid prosecution under the laws of the State of Florida, for the offense of murder, a felony under Florida law.

in violation of Title __18__ United States Code, Section __1073__

I further state that I am a(n) __Special Agent, F.B.I.__ and that this complaint is based on the following facts:

Official Title

Please see attached affidavit.

Continued on the attached and made a part hereof: [x] Yes [ ] No

PJRussell
Signature of Complainant
Paul J. Russell, Special Agent
Federal Bureau of Investigation

The Court finds probable cause.
Sworn to before me, and subscribed in my presence,

June 21, 2000
Date

at Fort Lauderdale, Florida
City and State

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Lurana S. Snow
Signature of Judicial Officer

# AFFIDAVIT

I, Paul J. Russell, being duly sworn on oath, deposes and states as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been for the past 25 years. I am assigned to the South Florida Violent Crimes/Fugitive Task Force.

2. This affidavit is submitted in support of application for a criminal complaint charging WALVANS L. WILLIAM, with intent to avoid prosecution for a felony under the laws of the State of Florida.

3. All of the information contained in this affidavit is the result of my own investigation, or has been provided to me by other law enforcement authorities, whom I believe to be reliable.

4. By letter dated June 02, 2000, addressed to the FBI Violent Crimes/Fugitive Task Force, Miami, FL, Michael J. Satz, State Attorney, 17th Judicial Circuit, Broward County, Florida, requested the assistance of the FBI under the Unlawful Flight To Avoid Prosecution (UFAP) statute, Title 18, USC, Section 1073, to locate and apprehend WALVANS L. WILLIAM who is being sought by the County of Broward, State of Florida, for the felony charge of Murder in the 1st Degree, in violation of Florida state statutes.

5. On April 21, 1998, an arrest warrant was issued by Circuit Court Judge Lebow, 17th Judicial Circuit, Broward County, Florida, charging WALVANS L. WILLIAMS with Murder in the 1st Degree.

6. Since the issuance of the warrant for WILLIAM'S arrest, he has avoided apprehension by the Broward Sheriff's Office and remains at large.

7. On June 01, 2000 Detective CHUCK MORROW, Fort Lauderdale Police Department advised your affiant that a Confidential Informant (CI), who has provided reliable

information in the past, informed him that WALVAN WILLIAM is currently hiding in New York City, N.Y., exact location unknown. Also, on October 06, 1999, an unknown male called Broward County Crimestoppers and reported that WALVAN WILLIAM had fled to New York City.

8. WILLIAM is described as a black male, date of birth ᵀ    , 1974, five feet eight inches tall, 150 pounds, black hair, and brown eyes.

9. The Broward County State Attorney's Office has indicated that it will pursue extradition from any location once WILLIAM is apprehended and will further bear all expenses arising therefrom.

10. Based upon the above, your affiant has probable cause to believe that WALVAN L. WILLIAMS has fled the State of Florida to avoid prosecution for the crime of Murder in the 1st Degree, in violation of Florida State statutes, and that he is currently residing outside the borders of Florida.

Further affiant sayeth naught.

_Paul J Russell_
PAUL J. RUSSELL
Special Agent
Federal Bureau of Investigation

Sworn and subscribed this 26th day of June 2000.

_Lurana S. Snow_
United States Magistrate Judge



**MICHAEL J. SATZ**
**STATE ATTORNEY**

SEVENTEENTH JUDICIAL CIRCUIT OF FLORIDA

BROWARD COUNTY COURTHOUSE

201 S.E. SIXTH STREET

FORT LAUDERDALE, FLORIDA 33301-3360          PHONE (954) 831-6955

EXTRADITION UNIT
954/831-6377
June 2, 2000

Eileen M. O'Connor
Assistant U. S. Attorney
Deputy Chief Major Crimes Section
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

Re: WILLIAM WALVAN aka WALVAN WILLIAM, black male, DOE __ '74, five (5) feet eight (8) inches tall, approximately 150 lbs., black hair, brown eyes, Social Security _____, Florida Driver's License \ ;

Dear Ms. O'Connor:

On April 21, 1998, Warrant No. 98-90AF was issued by the Honorable Susan Lebow, one of the Judges of the 17th Judicial Circuit, in and for Broward County, Florida. This warrant is based on an Affidavit sworn to by Detective John Curcio of the Fort Lauderdale Police Department and charges Walvan William with Murder in the First Degree.

The Violent Crimes/Fugitive Task Force of the Federal Bureau of Investigation has made a diligent search and there is reason to believe that the subject has left the State of Florida to avoid prosecution on this charge. Special Agent Paul Russell has received information that Walvan William may be in New York.

It would be greatly appreciated if you would cause to be issued a warrant for Unlawful Flight to Avoid Prosecution to assist us in the apprehension and prosecution of this subject.

Eileen M. O'Connor, Assistant U.S. Attorney
State of Florida vs. WALVAN WILLIAM
Warrant No. 98-90AF
Application for UFAP
Page 2

    You are hereby advised that the State of Florida will extradite and will prosecute if the subject is apprehended. You are further advised that the State of Florida will bear expenses arising therefrom.

                                 Very truly yours,

                                 MICHAEL J. SATZ
                                 State Attorney

                                 FREDERICK J. DAMSKI
                                 Assistant State Attorney

FJD:cn
Encl.
CC:    Jeffrey Favitta, Supervisory Special Agent, FBI
         Special Agent Paul Russell, VC/FTF, FBI
         Detective John Curcio, Fort Lauderdale Police Department
         Extradition Unit, Broward Sheriff's Office

98-0090AF

| Docket No. | Page |

### IN THE CIRCUIT/COUNTY COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA.

STATE OF FLORIDA

vs.                                             **WARRANT To Arrest**

WALVAN WILLIAMM

IN THE NAME OF THE STATE OF FLORIDA, TO ALL AND SINGULAR THE SHERIFFS AND CONSTABLES OF THE STATE OF FLORIDA:

WHEREAS, DETECTIVE JOHN CURCIO OR DETECTIVE M. WALLEY has this day made oath before me that on the 17 day of APRIL , A.D. 1998, in the County aforesaid, one WALVAN WILLIAM did then and there unlawfully THE KILLING OF A HUMAN BEING TO-WIT, MERNE HONORE, PERPETRATED FROM A PREMEDITATED DESIGN TO EFFECT THE DEATH OF THE PERSON KILLED CONTRARY TO FLORIDA STATE STATUTE 782.04(1)(a)1

The offense(s) set forth in the foregoing Warrant is/are contrary to the statute(s) in such case made and provided, and against the peace and dignity of the State of Florida. Attached hereto and made a part hereof by incorporation is the Affidavit executed by DETECTIVE JOHN CURCIO , Affiant herein.

THESE ARE, THEREFORE, to command you forthwith to arrest the said WALVAN WILLIAM , and bring him/her before me to be dealt with according to law.

Given under my hand and seal this 21 day of _____ A.D. 19 98.

_____
HONORABLE
Judge of the Circuit/County Court